UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Jessica M. Brown,<br><br>                         Plaintiff,<br><br>     v.<br><br>AMA/NYAG for Walmart LLC.<br><br>                         Defendant. | Case No. 2:24-cv-00471-JAD-DJA<br><br>**Order** |

      Florence McClure Women's Correctional Center inmate, Plaintiff Jessica M. Brown, submitted initiating documents to the Court which include an application to proceed *in forma pauperis* and a civil rights complaint. (ECF Nos. 1, 1-1). The Court denied that application without prejudice because Plaintiff did not include a financial certificate or inmate account statement. (ECF No. 3). Plaintiff filed a new application. (ECF No. 4). But Plaintiff's renewed application still fails to include a completed financial certificate or inmate account statement for the past six months. (*Id.*). The Court will therefore deny Plaintiff's application to proceed *in forma paupers* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then she must file a complete application on this Court's approved form including a completed financial certificate and an inmate account statement for the past six months.

      **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is **denied without prejudice.**

      **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

1   **IT IS FURTHER ORDERED** that by **April 25, 2024**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the full $405 filing fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. **Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed.**

DATED: March 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE