# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Jessica M. Brown,<br><br>            Plaintiff,<br><br>v.<br><br>AMA/NYAG for Walmart LLC,<br><br>            Defendant. | Case No. 2:24-cv-00471-JAD-DJA<br><br>**Order** |

   Before the Court are Plaintiff's motions "for Relief" (ECF No. 17), "re Claims" (ECF No. 18), and "re Counterclaim" (ECF No. 19). Plaintiff's motion "for Relief" states in its entirety: "Expenses related to operations, wrongful act failure to render services which has turned into trespass." (ECF No. 17). Her motion "re Claims" states in its entirety: "Motion concerning whether understanding claims are interrelated to Shane claim." (ECF No. 18). Her motion "re Counterclaim" states in its entirety: "United Defen[s]e to the Counterclaim of Defendant. Fire Arms [indecipherable] Insuring company 'FFIC' (United Health Group v. Hiscox Dedicated Corporate Member Ltd. No. 09-cv-02101 (PJS/SRN) filed Jan 29, 2009)." (ECF No. 19). It is not clear what relief Plaintiff seeks through her motions. She does not describe any actionable relief the Court can provide her or the basis for that relief. The Court thus denies these motions.

   **IT IS THEREFORE ORDERED** that Plaintiff's motions (ECF Nos. 17, 18, 19), are **denied.**

DATED: April 25, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE