# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jessica M. Brown,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMA/NYAG for Walmart LLC,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00471-JAD-DJA<br><br>**Order** |

Before the Court is Plaintiff's "motion for information" (ECF No. 21) and applications to proceed *in forma pauperis* (ECF Nos. 22 and 24).  Plaintiff's motion does not describe any actionable relief that the Court can provide and does not describe the legal basis for that relief.  Instead, it appears to be Plaintiff's attempt to submit evidence to the Court.  However, the Court is not a repository for evidence.  Plaintiff's applications to proceed *in forma pauperis* are also moot because the Court already granted her leave to proceed without paying the filing fee (ECF No. 15).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 21) and applications to proceed *in forma pauperis* (ECF No. 22 and 24) are **denied.**

DATED: May 10, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE