UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jessica Brown, | Case No. 2:24-cv-00471-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying Motion** |
| AMA/NYAG, | ECF No. 23 |
| Defendant | |

Pro se plaintiff Jessica Brown brings this action over a shoplifting episode at Walmart. The magistrate judge screened her complaint, found that it failed to state a colorable claim, and dismissed it with leave to amend by May 16, 2024.[1] Because Brown has not yet filed an amended complaint, there are no claims pending. Nevertheless, she has filed a document entitled "Summary Judgment."[2] Because summary judgment is not available when there are no claims pled, and because Brown's "Summary Judgment" filing is wholly incoherent,

IT IS ORDERED that **the motion for summary judgment [ECF No. 23] is DENIED. Brown may not file any additional motions in this case unless and until she timely files an amended complaint *and* the court screens that complaint and permits claims to proceed.**

_____
U.S. District Judge Jennifer A. Dorsey
May 10, 2024

---

[1] ECF No. 15 at 5.
[2] ECF No. 23.