UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jessica M. Brown, | Case No. 2:24-cv-00471-JAD-DJA |
| Plaintiff | |
| v. | **Order Dismissing Case** |
| AMA/NYAG for Walmart LLC, | ECF No. 27 |
| Defendant | |

Florence McClure Women's Correctional Center inmate, Plaintiff Jessica M. Brown, filed this lawsuit over a 2016 incident at a Walmart store. The court screened her complaint and dismissed her claims with leave to amend based on a host of deficiencies.[1] Brown hasn't submitted an amended complaint, so she has no claims pending. On June 12, 2024, she filed a request for "a letter of dismissal on" this case.[2] She says that she "will bring these matters up in criminal court and need[s] to make fully sure this case is closed . . . ."[3] I construe this filing as a motion for voluntary dismissal of this action without prejudice and grant it.

Brown also notes in this dismissal request that she has attached a current IFP application "to ensure no financial mishapps [sic] are taken again. . . ."[4] The court granted Brown's application to proceed *in forma pauperis* (IFP), so no additional applications are needed.[5] And while the court doesn't know what she means by mishaps, it does want to ensure that Brown

---

[1] ECF No. 15.
[2] ECF No. 27.
[3] *Id*. at 1.
[4] *Id*.
[5] *Id*. at 5.

understands what it means that she has been granted IFP status. IFP status is beneficial to pro se litigants because it effectively puts them on a payment plan for the court's filing fee instead of requiring payment in full up front. IFP status does not relieve the plaintiff of the obligation to pay the filing fee, it just means that she can do so in monthly payments that will be deducted from her inmate account when she has funds available. Those payments will be deducted until the full $350 filing fee is collected from her. The fee becomes due and owing when a case is first filed, so a plaintiff can't avoid the fee by later dismissing the case; the filing fee remains due and owing despite dismissal—and will continue to be collected from the inmate's account until it's been paid in full.[6]

**IT IS THEREFORE ORDERED that Brown's request to dismiss this case [ECF No. 27] is GRANTED. This case is dismissed without prejudice, and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
June 12, 2024

---

[6] *See* ECF No. 15 at 5 (ordering that "even if this action is dismissed, or is otherwise unsuccessful, the full filing fee will still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act").